121 A.3d 434

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Roland GATHRIGHT, Respondent.**

Supreme Court of Pennsylvania.

Aug. 14, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of August, 2015, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case is **REMANDED** for consideration by the trial court consistent with *Commonwealth v. Carrasquillo,* 631 Pa. 692, 115 A.3d 1284, 1292 (2015) (holding "a defendant's innocence claim must be at least plausible to demonstrate, in and of itself, a fair and just reason

for presentence withdrawal of a plea" and "the proper inquiry on consideration of such a withdrawal motion is whether the accused has made some colorable demonstration, under the circumstances, such that permitting withdrawal of the plea would promote fairness and justice"). Jurisdiction relinquished.